JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERON DURRAH, | No. CV 10-6406-GW(Ex) |
| Plaintiff, | *Honorable George H. Wu* |
| vs. | |
| CITY OF RIALTO; OFFICER JERMAINE ANTHONY GIBSON, OFFICER MARTIN ENRIQUEZ, MICHAEL MARTINEZ, and DOES 1 through 10, inclusive, | **ORDER OF DISMISSAL** |
| Defendants. | |

The parties herein, Plaintiff JERON DURRAH and Defendants CITY OF RIALTO, OFFICER JERMAINE ANTHONY GIBSON, OFFICER MARTIN ENRIQUEZ, and MICHAEL MARTINEZ, having so stipulated and good cause appearing.

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice.

Dated: October 17, 2011       By: _/s/ George H. Wu_
                              Honorable George H. Wu
                              U.S. District Court Judge

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I, Michele Koller, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

    On October 5, 2011, I served the **[PROPOSED] ORDER OF DISMISSAL** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> Dale K. Galipo, Esq.
> LAW OFFICES OF DALE K. GALIPO
> 21800 Burbank Boulevard, Suite 310
> Woodland Hills, California 91367
> 818-347-3333
> Fax 818-347-4118
> Email: dgalipo@galipolaw.com

____ (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) I filed the document with the U.S. District Court via the CM/ECF system.  Per ECF rules all individuals registered with the Court to receive notice of electronically filed documents will be served via electronic mail to the e-mail address they have on file with the Court.  Any individual who has not consented to electronic service will be provided copies via U.S. Mail to the address specified by the Court in the Notice of Electronic Filing generated upon completion of the document filing.

___ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 5, 2011, at Santa Ana, California.

                                         /s/ Michele Koller
                                         Michele Koller